```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                        FORT PIERCE DIVISION
                  CASE NO. 11-14007-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

RONNIE LEE CHANEY,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on March 9, 2011. A Report and Recommendation filed on March 14, 2011 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count one of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of March, 2011.

                                                     _____
                                                     DONALD L. GRAHAM
                                                     UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Christopher Parente, AUSA
        Panayotta Augustin-Birch, AFPD
```