```
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA
             FORT PIERCE DIVISION
          CASE NO. 11-14007-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

**RONNIE LEE CHANEY**,

        Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE**

**THIS CAUSE** came before the Court upon the Petition for Violation of Supervised Release filed on June 20, 2017.

Magistrate Judge Shaniek N. Maynard held a Evidentiary Hearing was held on July 13, 2017 and a Report and Recommendation was filed recommending that Defendant's term of supervised release be revoked. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Maynard's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of July, 2017.

                                                                                       _____
                                                                                       DONALD L. GRAHAM
                                                                                       UNITED STATES DISTRICT JUDGE

Copied: Panayotta Augustin-Birch, AFPD
       Marion Gyires, AUSA
       Amanda Maghan, USPO