UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-14007-CR-GRAHAM/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONNIE LEE CHANEY,

    Defendant.

_____/

FILED by _____ D.C.

MAY 14 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

REPORT AND RECOMMENDATION ON DEFENDANT'S
ADMISSION TO VIOLATION NUMBERS 1, 2, 3, AND 4 AS SET FORTH IN THE
PETITION ALLEGING VIOLATIONS OF SUPERVISED RELEASE

    THIS CAUSE having come before the Court for a final hearing on May 11, 2018 with respect to the Petition for Warrant or Summons for Offender under Supervision (the "Petition"), and this Court having convened a hearing, recommends to the District Court as follows:

    1.    Defendant appeared before this Court on May 11, 2018 for a final hearing on the Petition, which alleges the following violations of supervised release:

**Violation Number 1**    **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On January 17 and 29, 2018, the defendant submitted urine specimens which tested positive for the presence of amphetamine in our local laboratory; and subsequently were confirmed positive by Alere Toxicology Services, Incorporated.

**Violation Number 2**    **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On February 5 and 26, 2018, the defendant submitted urine specimens which tested positive for the presence of amphetamine in our local laboratory; and subsequently were confirmed positive by Alere Toxicology Services, Incorporated.

**Violation Number 3**    **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On March 7

and 12, 2018, the defendant submitted urine specimens which tested positive for the presence of amphetamine in our local laboratory; and subsequently were confirmed positive by Alere Toxicology Services, Incorporated.

**Violation Number 4**     **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On April 6, 2016, the defendant admitted to using methamphetamine on April 5, 2018.

2.      After consultation with his attorney, Defendant announced to this Court that he wished to admit Violation Numbers 1, 2, 3 and 4 as set forth in the Petition. This Court questioned Defendant on the record and made certain that he understood his rights in regards to an evidentiary hearing with respect to the alleged violations. Defendant acknowledged that he understood his rights and further understands that if this Court accepts his admissions all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

3.      The possible maximum penalties faced by Defendant were read into the record by the Government, and Defendant stated that he understood those penalties.

4.      The Government provided a factual basis for Defendant's admissions to Violation Numbers 1, 2, 3 and 4. According to the Government, in 2018, Defendant provided urine samples on January 17, January 29, February 5, February 26, March 7, March 12 and April 6, all of which tested positive for amphetamine. The results were verified by laboratory reports from Alere Toxicology Services, Inc. Defendant agreed that the Government's proffer was true and correct, and the Government could prove these facts against him by a preponderance of the evidence had the matter proceeded to a final evidentiary hearing. The Court has considered the Government's proffer, and finds that it sets forth a sufficient basis to support Defendant's admissions to Violation Numbers 1 through 4.

**ACCORDINGLY**, based upon Defendant's admission to Violation Numbers 1, 2, 3 and 4 of the Petition under oath, this Court recommends to the District Court that Defendant be found to have violated his supervised release with respect to Violation Numbers 1, 2, 3 and 4, and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 14th day of May, 2018.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE